DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GRACE McLAURIN STEERE,**
Appellant,

v.

**PETER S. BROBERG** and **LUCY DUFFIELD STEERE,**
as Co-Personal Representatives of the Estate of Bruce M. Steere,
Appellees.

No. 4D16-2617

[October 12, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 2011CP002990XXXXMB.

Neil B. Solomon of McLaughlin & Stern, LLP, West Palm Beach, for appellant.

Gary A. Woodfield and Terry E. Resk of Haile Shaw & Pfaffenberger, North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***